RECEIVED

7/23/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Bhanika T. Glenn ) ) ) ) ) | **24CV6200** |
| Plaintiff(s), ) ) | Case Number: _____ |
| v. ) ) | |
| Allied Universal ) ) | |
| Security ) ) | **JUDGE SHAH** |
| ) ) | **MAGISTRATE JUDGE FINNEGAN** |
| Defendant(s). ) | |

**BC/CAT2/ RANDOM**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Bhanika T. Glenn _____ of the county of Cook of County in the state of Illinois.

3. The defendant is Allied Universal Security _____, whose street address is 55 East Jackson St 2075 _____,

(city) Chicago (county) Cook (state) IL (ZIP) 60601

(Defendant's telephone number) (312) – 755-0200

4. The plaintiff sought employment or was employed by the defendant at (street address)

5801 S. Ellis Ave _____ (city) _____

(county) Cook (state) IL (ZIP code) 60637

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.      The plaintiff [*check one box*]

(a)   ☐   was denied employment by the defendant.          .

(b)   ☐   was hired and is still employed by the defendant.

(c)   ☒   was employed but is no longer employed by the defendant.

6.      The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month)_____, (day)_____, (year)_____.

7.1     *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)   The defendant is not a federal governmental agency, and the plaintiff
[*check one box*] ☐*has* ☒*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)   ☐ the United States Equal Employment Opportunity Commission, on or about

(month)__Ol__ (day)__O6__ (year)__2022__

(ii)  ☐  the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b)   If charges *were* filed with an agency indicated above, a copy of the charge is          ·

attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a)     the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☑ Yes (month)_____1_____ (day)__11__ . (year) __2023__

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____ .

(c)    Attached is a copy of the

    (i)  Complaint of Employment Discrimination,

       ☑ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

       ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☑ the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month)___04___ (day)__30__ (year)__2024__ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

(a)  ☑  Age (Age Discrimination Employment Act).

(b)  ☑  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): ___Pregnancy___

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☒ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): lost wages
Employment discrimination suffer cost.
Lost time wages.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/30/2024

**To:** Shanika Glenn
8 157th Street
Calumet City, IL 60409
Charge No: 440-2023-02824

EEOC Representative and email:    KIMBERLY ENGRAM
Investigator
kimberly.engram@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2023-02824.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
04/30/2024
Amrith Kaur Aakre
District Director

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | |
| [X] EEOC | 440-2023-02824 |

| Illinois Department of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shanika Glenn | (708) 998-9027 | 04/10/1987 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8 157th St, Calumet City, IL 60409 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Allied Universal Security | 15+ | (312) 755-0200 |

| Street Address | City, State and ZIP Code |
|---|---|
| 55 E Jackson Blvd suite 2075, Chicago, IL 60604 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

## DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [X] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION

[X] OTHER (Specify)  **Pregnancy**

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 12/14/2021 | Present |

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:** Allied Universal Security ("AUS") is discriminating and retaliating against me based on my sex (female), color (darker skinned), pregnancy, and pregnancy related disability.

I began working for AUS in December 2021. Shortly thereafter, I became pregnant. As a result of my pregnancy, I developed a condition that substantially impacted my saliva production, causing me to require the reasonable accommodation of frequently spitting into a cup. However, in response, Melina (Last name unknown, African American) would discriminatorily harass me on the basis of my pregnancy related disability, telling me "Ew that's nasty," clearly demonstrating her discriminatory animus toward me based on my pregnancy and related disability.

In response, I expressed my offense to Melina about her discriminatory harassment; however, instead of taking remedial action, Melina retaliated by reporting me to Human Resources, falsely claiming that I hit her. Rather than taking appropriate remedial action, AUS further condoned the discriminatory action and refused to reasonably accommodate me by agreeing that it was nasty for me to spit into a cup and instead ordering me to chew gum or walk away and spit in a towel, further demonstrating its discriminatory and retaliatory animus toward me based on my pregnancy.

**Continued on page 2**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 01 / 11 / 2023     *Shanika* <br> Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| X FEPA | |
| X EEOC | 440-2023-02824 |

**Illinois Department of Human Rights** and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Continued from page 1**

Then, in October 2022, AUS hired Aaron Davis (African America, lighter skin than me, Supervisor). I trained Mr. Davis for a couple of days; however, he was belittling out of discriminatory animus toward me based on my sex and color. As such, another counterpart took over his training. However, following his training with me, Mr. Davis began baselessly telling other employees that I was supposedly mean and hostile and encouraging them to baselessly report me to the Union, out of discriminatory animus and perpetuating the discriminatory stereotypes that darker skinned African Americans and women in positions of authority are mean and hostile.

Meanwhile, Mr. Davis's discriminatory and retaliatory animus toward me continued to escalate. For instance, Mr. Davis made the discriminatory comment that "women need to be beaten," demonstrating his discriminatory animus toward women. Additionally, on or around November 5, 2022, Mr. Davis discriminatorily yelled "I'll beat you like a n*****" and "I'll beat your ass" to me. In response, I reported the discriminatory and retaliatory outburst to Antwon Banks (Director, African American) and Lavar (last name unknown, Manager) to no avail as instead of taking remedial action against Mr. Davis, AUS further condoned the discriminatory treatment by baselessly removing me from the schedule until further notice, demonstrating its discriminatory and retaliatory animus toward me, and instructing me to follow up with Mr. Banks the next Monday. I repeatedly followed up as instructed; however, AUS refused to respond.

After not receiving an update from AUS for almost two weeks, I reached out to Human Resources for an update. In response, Anna Soja (Human Resources Manager) informed me that Mr. Davis had said I created a "hostile work environment" and that I was removed from my position. I disputed the termination. However, instead of taking remedial action, AUS claimed that I had not been terminated but continued to force me to remain out of work, refusing to return me to my position. Instead, AUS continues to discriminate and retaliate against me by only discussing demotions to an Officer position – which is not a supervisor position, would include a significant 20% pay cut, and would be at a location 2 hours from my house. I further escalated my concerns regarding the discriminatory and retaliatory demotion; however, AUS continues to refuse to take any remedial action. Thus, AUS continues to subject me to discriminatory and retaliatory animus based on my pregnancy, sex, and color.

A person with a disability is defined as:

1. A person with a physical or mental impairment that substantially limits one or more major life activities; or
2. A person with a record of such a physical or mental impairment; or
3. A person who is regarded as having such an impairment.

I qualify as a person with a disability as defined by one or more of the above.

**Statement of Discrimination:** I believe I have been discriminated against because of my sex, color, and pregnancy in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, as amended by the Pregnancy Discrimination Act of 1978; my pregnancy related disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq*; and the Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 01 / 11 / 2023 <br><br> Date      *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |